UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,
D.O.C. # 706732,

    Plaintiff,

v.                                                        4:22cv467–WS/MAF

RICKY DIXON, Secretary
Florida Department of Corrections,
and B. TURNER,

    Defendants.

_____

## ORDER DECLINING TO ADOPT THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 27) docketed May 30, 2023. The magistrate judge recommends that Defendant Ricky Dixon's motion to dismiss (ECF No. 16) be granted on failure-to-exhaust grounds. Plaintiff has filed objections (ECF No. 29) to the report and recommendation.

In moving to dismiss Plaintiff's complaint on exhaustion grounds, Secretary Dixon argued—and provided evidence to support his argument—that Plaintiff

failed to exhaust his administrative remedies regarding his claims against Dixon during the time period May 9, 2019, to September 1, 2019. While admitting as much, *see* ECF No. 29 at p.5, Plaintiff correctly asserts that his claims against Dixon are governed by a four-year statute of limitations, namely the four-year period from December 27, 2018, to December 27, 2022. Plaintiff states in his objections that his "pre-5/9/19 grievances properly exhausted his administrative remedies by complying with [FDC's] requirements and by completing the administrative review process before filing suit against the Secretary." ECF No. 25 at 11. Plaintiff has not produced the grievances which he claims "properly exhausted" his administrative remedies, but it is not his burden to do so. As noted by the magistrate judge, "[t]he burden of proof for evaluating an exhaustion defense rests with the defendant." ECF No. 27 at p.5.

Because Secretary Dixon did not address the entire four-year period that is relevant to Plaintiff's claim against the Secretary and because Plaintiff has asserted that he properly exhausted his administrative remedies within that relevant time period, the court is unable to conclude that the Secretary's motion to dismiss on exhaustion grounds should be granted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 27) is REJECTED.

2. To the extent Secretary Dixon seeks dismissal on exhaustion grounds, his motion to dismiss (ECF No. 16) is DENIED without prejudice.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___23rd___ day of ___June___, 2023.

                          s/ William Stafford
                          WILLIAM STAFFORD
                          SENIOR UNITED STATES DISTRICT JUDGE