IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.                                          4:22cv467–WS/MAF

BOYCE TURNER,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF 92) docketed May 15, 2024. The magistrate judge recommends that (1) Plaintiff's motion to strike (ECF No. 89) be denied; and (2) Defendant's motion for summary judgment (ECF No. 61) be granted. Plaintiff has filed lengthy objections (ECF No. 97) to the report and recommendation.

Having reviewed the record, including Plaintiff's many objections to the magistrate judge's report and recommendation, the undersigned has determined that the report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 92) is ADOPTED and incorporated into this order of the court.

2. Plaintiff's motion to strike (ECF No. 89) is DENIED.

3. Defendant's motion for summary judgment (ECF No. 61) is GRANTED.

4. The clerk shall enter judgment stating: "Plaintiff's claims against Defendant Boyce Turner are DISMISSED with prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this __3rd__ day of __July__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE